**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00498-CR

### BRADRICK JERMAINE COLLINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA17-18552-F**

## ORDER

We **REINSTATE** this appeal.

On June 28, 2018, the Clerk of the Court notified appellant that the reporter's record had not been filed and directed him to provide the Court, within ten days, with written verification showing he had paid or arranged to pay the reporter's fee or else with written documentation showing he had been found to be entitled to proceed without payment of costs. On July 2, 2018, appellant filed with the Court a statement of inability to afford payment of court costs. On July 16, 2018, the Court abated this appeal so that the trial court could make findings regarding whether appellant was indigent and whether he was entitled to a free record. The Court renewed the abatement order on August 28, 2018. On September 11, 2018, a supplemental clerk's record was filed containing the trial court's findings of fact.

We **ADOPT** the trial court's findings that (1) appellant is not indigent, (2) he is not entitled to proceed without payment of costs, and (3) he is not entitled to have a reporter's record furnished without charge.

We **ORDER** appellant to file, within **FOURTEEN DAYS** of the date of this order, written verification that he has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee. *See* TEX. R. APP. P. 35.3(b)(3). The reporter's record shall be due on or before **FORTY-FIVE DAYS** from the date of this order.

Before the Court is appellant's September 7, 2018 "motion to supplement the reporter's record by transferring the reporter's record from the trial court." Although styled as a motion regarding the reporter's record, the body of the motion requests supplementation of the clerk's record with a document styled "Defendant's Brief in Support of his Motion to Arrest Judgment" that appellant asserts was filed on April 12, 2018. We **GRANT** appellant's motion to the following extent.

We **ORDER** the trial court clerk to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing "Defendant's Brief in Support of his Motion to Arrest Judgment." The trial court clerk shall not be required to file the supplemental record until appellant has paid the clerk's fee for preparation of the supplemental clerk's record or has made satisfactory arrangements to pay the fee. In the event appellant fails to pay the clerk's fee or else make satisfactory arrangements to pay the clerk's fee, the trial court clerk is **ORDERED** to, within **THIRTY DAYS**, file with the Court a letter stating appellant's failure to pay the fee or arrange to pay the fee as required.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to the Honorable Lisa Green, Presiding Judge, County Criminal Court No. 5; court

–2–

reporter Janessa Thornell; John F. Warren, Dallas County Clerk; Lori Ordiway, Assistant District Attorney; and Bradrick Jermaine Collins, pro se.


/s/      LANA MYERS
         JUSTICE